UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2015 APR -6  AM 11: 56

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>LUIS MANUEL OLIVARES (1),<br><br>  Defendant. | CASE NO. 14CR2272-BEN<br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_\_\_  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_\_\_  the Court has dismissed the case for unnecessary delay; or

\_\_\_\_\_  the Court has granted the motion of the Government for dismissal without prejudice; or

\_\_\_\_\_  the Court has granted the motion of the defendant for dismissal/judgment of acquittal; or

\_\_\_\_\_  a jury has been waived, and the Court has found the defendant not guilty; or

__X__  the jury has returned its verdict, finding the defendant not guilty;

__X__  of the offense(s) as charged in the Indictment/Information:

    21 U.S.C. 952, 960

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: APRIL 6, 2015

Hon. ROGER T. BENITEZ
UNITED STATES DISTRICT JUDGE